Hunter B. Emerick, OSB 841361
Email: hemerick@sglaw.com
SHANNON R. MARTINEZ, OSB 034276
Email: smartinez@sglaw.com
Saalfeld Griggs PC
PO Box 470
Salem, OR 97308–0470
Phone: (503) 399-1070
Fax: (503) 371-2927
Of Attorneys for Truitt Bros., Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| TRUITT BROS., INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>W.H.S. KENNY DEPARTMENT STORES, INC., dba KENNY'S, a New York corporation,<br><br>Defendant. | Case No. 6:09-CV-06304-AA<br><br>GENERAL JUDGMENT AND MONEY AWARD |

This matter came before this court on the motion of Plaintiff Truitt Bros., Inc. (hereinafter "**Plaintiff**"), for a summary judgment against Defendant W.H.S. Kenny Department Stores, Inc., dba Kenny's (hereinafter "**Defendant**"). The court having entered an order granting summary judgment against Defendant and finding generally in favor of Plaintiff and against Defendant on Plaintiff's Complaint; now, therefore,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff has judgment against Defendant as follows:

1. Finding Defendant in default under the Goods Agreements, as that term is

defined in the Complaint;

2. Finding for Plaintiff and against Defendant on all claims for relief alleged in the Complaint;

3. Awarding to Plaintiff and against Defendant the sum of $306,516.73, together with pre-judgment interest accruing at the legal statutory rate of nine percent (9%) per annum as follows:

   i. On $78,664.79 from January 29, 2009 until judgment is entered;

   ii. On $56,726.71 from March 15, 2009 until judgment is entered; and

   iii. On $171,125.23 from March 20, 2009 until judgment is entered.

4. Awarding to Plaintiff and against Defendant post-judgment interest at the legal statutory rate of nine percent (9%) per annum from the date of entry of judgment until paid in full;

5. Awarding to Plaintiff and against Defendant all reasonable costs and disbursements incurred herein; and

6. Finding that this Court shall retain continuing jurisdiction for execution and enforcement of the judgment provided herein and for further fees and costs considerations.

\\\

\\\

\\\

\\\

\\\

## MONEY AWARD

1. Judgment Creditor:

   Truitt Bros., Inc.
   c/o Hunter B. Emerick
   Saalfeld Griggs PC
   PO Box 470
   Salem, OR 97308-0470

2. Attorney for Judgment Creditor:

   Hunter B. Emerick
   Saalfeld Griggs PC
   PO Box 470
   Salem, OR 97308-0470

3. Judgment Debtor:

   W.H.S. Kenny Department Stores, Inc., dba Kenny's
   c/o Eric Biederman
   230 Fifth Avenue, Suite 612
   New York, NY 10001

4. Attorney for Judgment Debtor:

   Michael S. Fox
   Olshan Grundman Frome et al
   65 East 55th Street
   New York, NY 10022

5. Date of Birth: N/A

6. Tax Identification Number: Unknown

7. Driver's License Number: N/A

8. Other persons or public bodies who are entitled to any portion of a payment made on this judgment: None

9. Principal amount of judgment: $306,516.73

10. Pre-judgment interest on principal amount of judgment accruing at the legal statutory rate of nine percent (9%) per annum as follows:

    a) On $78,664.79 from January 29, 2009 until judgment is entered;
    b) On $56,726.71 from March 15, 2009 until judgment is entered; and
    c) On $171,125.23 from March 20, 2009 until judgment is entered.

| | | |
|---|---|---|
| 11. | Attorney fees and costs awarded: | None |
| 12. | Costs and disbursements awarded: | $595.00 |
| 13. | Post-judgment interest on total Judgment (items 9-11): | Interest accruing at the statutory legal rate of nine percent (9%) per annum from the date of entry of judgment until paid in full. |

DATED this __3__ day of ~~October~~ November, 2010.

_____
THE HONORABLE JUDGE AIKEN
UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Submitted By:
HUNTER B. EMERICK, OSB 841361
Email: hemerick@sglaw.com
Shannon R. Martinez, OSB 034276
EMAIL: smartinez@sglaw.com
Trial Attorney: Hunter B. Emerick
Phone: (503) 399-1070
Fax: (503) 371-2927
Of Attorneys for Truitt Bros., Inc.